No. 554. THE RODERICK LEAN MANUFACTURING COMPANY, PLAINTIFF IN ERROR, *v.* REINHART KUELLING. In error to the Supreme Court of the State of New York. Motion to dismiss or affirm submitted March 9, 1908. Decided March 16, 1908. *Per Curiam.* Writ of error dismissed for the want of jurisdiction. *Kansas City, Fort Scott & Memphis Railroad Company* v. *Daughtry,* 138 U. S. 303; *Fisk* v. *Henaril,* 142 U. S. 459; *McDonnell* v. *Jordan,* 178 U. S. 229; *Pennsylvania Company* v. *Bender,* 148 U. S. 255; *In re Pennsylvania Company,* 137 U. S. 451; *Wilson* v. *North Carolina,* 169 U. S. 586, 595. *Mr. Sardius D. Bentley* for plaintiff in error. *Mr. Eugene Van Voorhis* for defendant in error.

No. 165. RICHARD H. FIELD ET UX., PLAINTIFFS IN ERROR, *v.* THE BARBER ASPHALT PAVING COMPANY ET AL. In error to the Kansas City Court of Appeals of the State of Missouri. Submitted March 11, 1908. Decided March 16, 1908. *Per Curiam.* Writ of error dismissed for the want of jurisdiction. *Missouri, Kansas & Texas Railway Company* v. *Elliott,* 184 U. S. 530; *Sayward* v. *Denny,* 158 U. S. 180; *Corkran Oil and Development Company* v. *Arnaudet,* 199 U. S. 182; *Life Insurance Company* v. *McGrew,* 188 U. S. 291; *City and County of San Francisco* v. *Itsell,* 133 U. S. 65. *Mr. Richard H. Field* for plaintiffs in error. *Mr. W. C. Scarritt* for defendants in error.

No. 247. OSBERN H. WILSON, PLAINTIFF IN ERROR, *v.* ERIE RAILROAD COMPANY ET AL. In error to the Circuit Court of the United States for the Northern District of Ohio. Motion to dismiss submitted March 16, 1908. Decided March 23, 1908. *Per Curiam.* Dismissed for the want of jurisdiction. *Mr. Charles Koonce, Jr.,* and *Mr. E. H. Moore* for plaintiff in error. *Mr. William E. Cushing* for defendant in error.